

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00620-CV

Rosa Obregon **PEREZ**, Ricardo O. Perez, Rosa Elia Perez, Maria Perez Jalomus, Juan Jose Perez, Julio Perez, Jr., and Fernando Perez,
Appellants

v.

## **THE GOODYEAR TIRE & RUBBER COMPANY**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 26130
Honorable Robert Cadena, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the portion of the trial court's order granting summary judgment as to appellants' design defect claims, and we REMAND the case to the trial court for further proceedings consistent with this opinion. In all other respects, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against the party incurring same.

SIGNED August 19, 2015.

_____
Rebeca C. Martinez, Justice